UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEVEN STRAUSS,<br>　　　　Petitioner,<br>　　v.<br>BRYAN BIRKHOLZ, Warden,<br>　　　　Respondent. | Case No. 2:24-cv-06778-SVW-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus by Person in Federal Custody Under 28 U.S.C. § 2241 (Dkt. 1, "Petition") by Steven Strauss ("Petitioner"), Petitioner's Request to Proceed In Forma Pauperis (Dkt. 2), the Order to Show Cause issued by the assigned magistrate judge (Dkt. 4, "OSC"), the Response to the OSC filed by Petitioner (Dkt. 7), the Report and Recommendation of the United States Magistrate Judge (Dkt. 10, "Report"), and the Objection to the Report filed by Petitioner.

　　　　The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Petitioner's Request to Proceed In Forma Pauperis (Dkt. 2) is DENIED and Judgment shall be entered denying the Petition and dismissing this action with prejudice.

Dated: February 11, 2025

STEPHEN V. WILSON
United States District Judge