UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEVEN STRAUSS,<br>　　　　Petitioner,<br>　　v.<br>BRYAN BIRKHOLZ, Warden,<br>　　　　Respondent. | Case No. 2:24-cv-06778-SVW-JDE<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

　　IT IS ORDERED, ADJUDGED, and DECREED that the Petition is denied and this action is dismissed with prejudice.

Dated: February 11, 2025

　　　　　　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge